UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ALEJANDRO BALTODANO, | ) | No. 2:25-cv-01958-RSL |
| Petitioner, | ) | |
| v. | ) | ORDER SETTING BRIEFING SCHEDULE AND TERMINATING MAGISTRATE JUDGE REFERRAL |
| PAMELA BONDI, *et al.*, | ) | |
| Respondents. | ) | |

Pursuant to the stipulation of the parties, it is hereby ORDERED that the following briefing schedule shall be entered:

Petitioner will file a reply no later than December 1, 2025.

The Clerk of Court is directed to note the habeas petition for consideration on the date the reply is due.

Because this Court will address the expedited habeas petition, the Court terminates the referral to Magistrate Judge Michelle Peterson.

DONE this 20th day of November 2025.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER SETTING BRIEFING SCHEDULE AND
TERMINATING MAGISTRATE JUDGE REFERRAL - 1