# United States District Court

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ALEJANDRO BALTODANO,<br><br>                 Petitioner,<br><br>v.<br><br>PAMELA BONDI, *et al.*,<br><br>                 Respondents. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER:  2:25-cv-01958-RSL |

\_\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Judgment is entered in favor of Petitioner against Respondents.

DATED this 4th day of December, 2025.

                                        RAVI SUBRAMANIAN,
                                        Clerk of the Court

                                        By:    */s/ Victoria Ericksen*
                                                       Deputy Clerk